# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>DYLAN BLAKE LAPLANT,<br><br>　　　　　Defendant. | CR-19-13-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 11, 2025. (Doc. 58.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 11, 2025. (Doc. 54.) The United States accused Dylan LaPlant (LaPlant) of violating the conditions of his supervised release by: (1) failing to comply with alcohol testing requirements by submitting a late Soberlink test on February 14, 2025; (2) failing to comply with substance abuse testing requirements on February 18, 2025; (3) failing to comply with alcohol testing requirements by submitting a late Soberlink test on February 18, 2025; (4) accessing the internet without the approval of his probation officer during February of 2025; (5) communicating or interacting with a convicted felon without the permission of his probation officer during February of 2025; (6) failing to comply with substance abuse testing requirements on February 25, 2025; (7) failing to report for sex offender treatment on February 26, 2025; (8) failing to comply with substance abuse treatment requirements on February 26, 2025; (9) being terminated from sex offender treatment on February 26, 2025; (10) using alcohol on or about February 27, 2025; and (11) failing to make any restitution payments as of February 27, 2025; and (12) in the weeks leading up to his arrest on February 28, 2025, having access to a cell phone without the approval of his probation officer. (Docs. 50 and 53.)

At the revocation hearing, Laplant admitted he had violated the conditions of his supervised release by: (1) failing to comply with alcohol testing requirements by submitting a late Soberlink test on February 14, 2025; (2) failing

to comply with substance abuse testing requirements on February 18, 2025; (3) failing to comply with alcohol testing requirements by submitting a late Soberlink test on February 18, 2025; (4) accessing the internet without the approval of his probation officer during February of 2025; (5) communicating or interacting with a convicted felon without the permission of his probation officer during February of 2025; (6) failing to comply with substance abuse testing requirements on February 25, 2025; (7) failing to report for sex offender treatment on February 26, 2025; (8) failing to comply with substance abuse treatment requirements on February 26, 2025; (9) being terminated from sex offender treatment on February 26, 2025; (10) using alcohol on or about February 27, 2025; and (12) in the weeks leading up to his arrest on February 28, 2025, having access to a cell phone without the approval of his probation officer. The Government moved to dismiss allegation (11), which the Court granted. (Doc. 54.)

    Judge Johnston found that the violations LaPlant admitted proves serious and warrants revocation of LaPlant's supervised release and recommends a term of custody of 4 months with 113 months of supervised release to follow. (Doc. 58.) The Court advised Laplant his right to appeal and to allocute before the undersigned. (Doc. 54.)

The violation proves serious and warrants revocation of Noon's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 58) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Dylan Blake LaPlant be sentenced to a term of custody of 4 months with 113 months of supervised release to follow.

DATED this 26th day of March 2025.

_____
Brian Morris, Chief District Judge
United States District Court